UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re KEVIN TATUM,

    Plaintiff,

Case No. 22-cv-04130-PJH

**ORDER OF DISMISSAL**

    This case was opened when plaintiff, a Texas state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. Plaintiff has now filed a letter (Docket No. 5) stating that he did not intend to initiate an action and seeks to dismiss the case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due.

    **IT IS SO ORDERED.**

Dated: August 8, 2022

                                                                                          /s/ Phyllis J. Hamilton
                                                                                PHYLLIS J. HAMILTON
                                                                                 United States District Judge